IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith Jr, Jimmie | Case Number: 07 B 18387 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 10/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 25, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 700.00 | 0.00 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 155.57 | 0.00 |
| 4. | Nicor Gas | Unsecured | 32.36 | 0.00 |
| 5. | Cook County Treasurer | Unsecured | 68.98 | 0.00 |
| 6. | B-Real LLC | Unsecured | 37.78 | 0.00 |
| 7. | City of Harvey | Unsecured | 173.92 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 9. | City of Harvey | Unsecured | | No Claim Filed |
| 10. | Credit Management Co. | Unsecured | | No Claim Filed |
| 11. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 12. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 13. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 14. | MRSI | Unsecured | | No Claim Filed |
| 15. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 16. | Rdk Collection Service | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 4,632.61 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith Jr, Jimmie

Printed:  4/8/08

Case Number:  07 B 18387
Judge:  Hollis, Pamela S
Filed:  10/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

